**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Joy Feinberg

                       Plaintiff,

v.                                   Case No.: 1:25–cv–08808
                                   Honorable Franklin U. Valderrama

Prudential Insurance Company Of
America

                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 9, 2026:

      MINUTE entry before the Honorable Franklin U. Valderrama: Before the Court is Plaintiff's unopposed motion for leave to file claim record under seal [29]. As Plaintiff acknowledges, and as the Seventh Circuit explained in Citizens First Nat. Bank of Princeton v. Cincinnati Ins. Co., the balance between the public's rights and privacy interests of litigants "can be overridden only if the latter interests predominate in the particular case, that is, only if there is good cause for sealing a part or the whole of the record in that case." 178 F.3d 943, 945 (7th Cir. 1999); see also Heraeus Kulzer, GmbH v. Biomet, Inc., 881 F.3d 550, 566 (7th Cir. 2018) ("Because there is a strong presumption toward public disclosure of court files and documents, courts resolving such motions have placed the burden on the party seeking confidentiality to show good cause for keeping the documents from public view."). Here, as Plaintiff states in the motion, the ERISA claim record that she seeks to seal consists primarily of the decedent's medical records; other courts have found compelling reasons to sealing such ERISA claim records, which are not outweighed by the public's interest in the records. See, e.g., Hans–Atchison v. Anthem Ins. Companies, Inc., 2024 WL 4956726 (M.D. Fla. Nov. 13, 2024); Gibson v. Unum Life Ins. Co. of Am., 2024 WL 4694106 (S.D. Ohio Nov. 6, 2024). Moreover, as Plaintiff states in the motion that, although Plaintiff requests that the ERISA claim record be allowed to remain under seal, she does not seek leave for any briefing that may be filed in this matter to be filed under seal or with redaction. Accordingly, the Court finds that Plaintiff has shown good cause for sealing the claim record. The Court grants Plaintiff's unopposed motion for leave to file claim record under seal [29]. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.