**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOY FEINBERG, <br><br> Plaintiff, <br><br> v. <br><br> PRUDENTIAL INSURANCE COMPANY OF AMERICA, <br><br> Defendant. | Case No. 1:25-cv-08808 <br><br><br> Judge: Hon. Franklin U. Valderrama <br><br> Magistrate: Hon. Daniel P. McLaughlin |

**DEFENDANT THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S
CROSS-MOTION FOR JUDGMENT UNDER RULE 52**

Defendant, The Prudential Insurance Company of America ("Prudential"), by and through its attorneys, Seyfarth Shaw LLP, hereby cross-moves for judgment on the administrative record, pursuant to Federal Rule of Civil Procedure 52 ("Rule 52"). Plaintiff seeks review of her denied claim for accidental death and dismemberment ("AD&D") benefits under a group insurance policy and employee benefit plan pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1132(a)(1)(B). For the reasons set forth in Defendant's Combined Memorandum of Law in Opposition to Plaintiff's Rule 52 Motion for Judgment and in Support of its Cross-Motion for Judgment Under Rule 52, Defendant requests the Court enter an Order granting judgment for Prudential.

This Motion is supported by the accompanying Proposed Findings of Fact and Conclusions of Law, Memorandum of Law, and the Administrative Record.

327128815v.1

2

DATED: July 15, 2026

Respectfully submitted,

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA


By: */s/ Julie M. Kamps*
    One of Its Attorneys


Julie M. Kamps, Bar No. 6286872
jkamps@seyfarth.com
Ian H. Morrison, Bar No. 6231153
imorrison@seyfarth.com

SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois  60606-6448
Telephone:   (312) 460-5000
Facsimile:    (312) 460-7000

2

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 15, 2026, I presented the foregoing DEFENDANT'S

CROSS-MOTION FOR JUDGMENT UNDER RULE 52 with the Clerk of the Court using the

CM/ECF system, which will send notification of such filing to all counsel of record.

Mark D. DeBofsky
DeBofsky Law Ltd.
2 N. Riverside Plaza, Suite 1400
Chicago, Illinois 60606
mdebofsky@debofsky.com


*/s/ Julie M. Kamps*

327128815v.1